IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, | No. CV 05-00552 VRW |
| Plaintiff, | **ORDER GRANTING APPLICATION** |
| v. | |
| CABRAL ENTERPRISES INC, | |
| Defendant. | |

Plaintiffs' *ex parte* application filed in the above captioned case is **GRANTED.** Based upon the foregoing, good cause appearing, the case management conference in the above-captioned matter scheduled for June 7, 2005 is removed from the Court's calendar. Plaintiffs are ordered to file their motion for entry of default judgment within sixty days from the date of this order.

**IT IS SO ORDERED**

Dated: June 6, 2005

VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE