Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

E-filing

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,

    Plaintiffs,
vs.

JOHN J. CABRAL, individually,

    Defendant.

Case No.: C 05-00552 VRW

PLAINTIFFS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT

1. Plaintiffs GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, ANNUITY FUND FOR OPERATING ENGINEERS, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST, OPERATING ENGINEERS MARKET PRESERVATION

1. FUND, and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE ("Trust Funds") are Trustees of Taft-Hartley Multi-Employer trust funds. The Trust Funds filed suit on February 4, 2005 against a signatory to a collective bargaining agreement to obtain an injunction mandating that the Defendant allow the Trust Funds access to the books and records of the Defendant to conduct an audit to determine whether, or not, the Defendant complied with the reporting and payment of contribution requirements of its collective bargaining agreement with the Union.

2. The Defendant was served with the summons and complaint on February 24, 2005; however, to date, the Defendant has not filed a response to the complaint. On May 25, 2005, the Trust Funds therefore filed a request for entry of default by the Clerk against the Defendant.

3. In light of the entry of default, the Trust Funds respectfully requested that the case management conference be removed from the Court's calendar, and that the Court order the Plaintiffs to file their motion for entry of default judgment within of the date of the June 7, 2005 case management conference. The Court granted the Plaintiffs request and ordered the Plaintiffs to file their motion for entry of default judgment within sixty days of June 6, 2005.

/ / / / / /

4. Plaintiffs' Counsel is seven months pregnant and had to take unanticipated sick leave that impacted her ability to file the motion for entry of default judgment by August 5, 2005. Plaintiffs' Counsel respectfully requests a short enlargement of time, two weeks, until August 19, 2005 for Plaintiffs to file their motion for entry of default judgment. The enlargement of time will not prejudice the Defendant, who has failed to appear to date or contest in any manner the entry of default against it.

Dated this 4th day of August of 2005

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS
OPERATING ENGINEERS TRUST FUNDS

## ORDER

Based upon the foregoing, good cause appearing, the deadline for Plaintiffs to file their motion for entry of default judgment by Court is enlarged from August 5, 2005 to August 19, 2005.

DATED: 11 AUG 2005

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE